The New York Rubber Company, Appellant, *v.* John Rothery et al., Respondents.

(Argued January 27, 1890; decided January 31, 1890.)

Appeal from order of the General Term of the Supreme Court in the second judicial department, made June 28, 1889, which affirmed an order of Special Term denying a motion for a resettlement of the case.

On appeal from a former order denying a motion to resettle the case herein (112 N. Y. 592), this court reversed the order and granted the motion.

The case was brought before the trial court who again refused to resettle it, basing the refusal upon what it describes in its order as an insertion of the "actual history" of the

matter in regard to which it was sought to have the case amended.

The court here hold that there is nothing in the "history" inconsistent with or contradictory of the fact upon which the prior decision was based.

*Austen G. Fox* for appellant.

*H. H. Hustis* for respondent.

GRAY, J., reads for reversal of orders of Special and General Term, and for granting the motion.

All concur.

Ordered accordingly.